

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2018

No. 04-17-00586-CV

Juan Garcia **MORENO,**
Appellant

v.

Maria M. **MORENO,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 1988-CI-17672
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

Appellee's brief was due February 20, 2018. It has not been filed. This appeal will be set "at issue" in ten days. If appellee's brief and a written response stating a reasonable explanation for failing to timely file the brief is not filed within ten days, this appeal will be set for submission without an appellee's brief.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court